Knight *v.* Bamberger.

———————◆◆◆———————

### KNIGHT *v.* BAMBERGER.

APPEAL from the *Morgan* Circuit Court.

*Per Curiam.*—The appellee, who was the plaintiff, sued *Knight,* upon a promissory note, for the payment of six hundred and three dollars thirty cents. Defendant's answer contains two paragraphs: 1. Set-off. 2. That this suit was originally instituted in the *Morgan* Circuit Court, at the

special July term thereof, 1860, and was not a cause pending in said Court at a regular term.

To the first defense the plaintiff replied by a general denial, and to the second he demurred. The demurrer was sustained. The Court tried the issues, and found for the plaintiff. New trial refused, and judgment, etc. The sustaining of the demurrer to the second defense is assigned for error. There is nothing in that assignment. See Acts of 1858, p. 37. A suit may be brought to a special term, and the same tried and determined at such term.

The judgment is affirmed, with costs and five per cent. damages.

*R. L. and T. D. Walpole,* and *Gordon Tanner,* for the appellant.

*H. Secrest* and *S. Turman,* for the appellee.